THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMERICAN AGRICULTURAL CHEMICAL COMPANY, Appellant, *v.* POLICE COURT OF THE CITY OF ROCHESTER et al., Respondents.

*People ex rel. Am. Agr. Chem. Co.* v. *Police Court, Rochester,* 127 App. Div. 945, affirmed.

(Argued September 30, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 7, 1908, which affirmed an order of Special Term denying an application for a writ of prohibition to restrain the Police Court of the city of Rochester from trying a criminal proceeding pending in that court against the relator.

*Horace McGuire* for appellant.

*W. W. Webb, Corporation Counsel (John M. Stull* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

In the Matter of the Petition of MAYNARD N. CLEMENT, as State Commissioner of Excise, Appellant, for an Order Revoking and Canceling Liquor Tax Certificate No. 26,096, Issued to JAMES MOORE, Respondent.

*Matter of Clement (Moore),* 127 App. Div. 915, affirmed.

(Argued September 30, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 29, 1908, which affirmed an order of Special Term denying a petition for the revocation of a liquor tax certificate.

*Royal R. Scott* and *Russell Headley* for appellant.

*Henry C. Griffin* for respondent.

Order affirmed, with costs, on the authority of *People ex rel. Peck* v. *Cargill* (167 N. Y. 391); no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.